UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STUART MERSHON, | § | CIVIL ACTION NO. 2:07-CV-00006 TJW |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | **ORDER RE DIMISSAL WITH PREJUDICE** |
| | § | |
| SLING MEDIA, INC., | § | |
| | § | |
| Defendant. | § | |

For the reasons stated in the parties' stipulation, it is hereby ordered that the case be dismissed with prejudice.

IT IS SO ORDERED.

SIGNED this 29th day of August, 2007.

T. John Ward

T. JOHN WARD
UNITED STATES DISTRICT JUDGE